# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.___8:18-mj-1608-T-AAS_____          DATE:____June 20, 2018_____

HONORABLE _AMANDA ARNOLD SANSONE_____          INTERPRETER____None_____
                                                LANGUAGE _____

UNITED STATES OF AMERICA                         ____AUSA Christopher Poor_____
v.                                               Government Counsel

NICHOLAS J. POWELL_____          ____AFPD Samuel Landes_____
Defendant                                        Defense Counsel

COURT RPTR/TAPE_Digital_____          DEPUTY CLERK ___Cathy Morgan_____

TIME_____3:26 - 3:35_____     TOTAL __9 min____ COURTROOM _____10B_____

## PROCEEDINGS:  INITIAL APPEARANCE /NORTHERN DISTRICT OF OHIO
(Circle proceedings that apply)

| | |
|---|---|
| X | Deft provided w/copy of _____Complaint_____ |
| X | ARREST DATE:_____June 20, 2018_____ |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | FPD appointed for all purposes including trial |
| X | Govt position on detention  - risk of flight |
| X | Defendant does not contest detention at this time, but reserves the right to revisit the issue of release in the district of offense. |
| | |
| X | Court: Will issue a commitment to another district and the defendant will be transported by the U.S. Marshals to the Northern District of Ohio |
| | |
| X | Defendant requests Preliminary Examination in district of offense |
| X | Defendant waives identity hearing |

3